1

2

3

4

5  Michael E. Alvarado, Jr.                    The Hon. Judge Rossmeisl
   Attorney at Law                             Chapter 7
6  P.O. Box 1425                               Hearing Date: 2-15- 07
   Poulsbo, WA  98370                          Hearing Time: 9:00 a.m.
7                                              Hearing Place: Yakima, WA

8

9              UNITED STATES BANKRUPTCY COURT
10           FOR THE EASTERN DISTRICT OF WASHINGTON

11 In Re:                            )
                                     )
12 MARY ANN SCHAPPALS,               )
                                     )          NO.  05-05062PCW7
13           Debtor,                 )
   _____    )
14                                   )          Adv. Proc. No.  05-80160-JAR
   ESTATE OF HOWARD ARMSTRONG        )
15                                   )          FINDINGS OF FACT AND
                                     )          CONCLUSIONS OF LAW
16           Plaintiff,              )          IN SUMMARY JUDGMENT
                                     )
17                                   )
   vs.                               )
18                                   )
   MARY ANN SCHAPPALS,               )
19                                   )
             Defendant.              )
20 _____    )

21     **THIS MATTER HAVING COME ON REGULARLY** before the undersigned Judge

22 of the above entitled court, on the plaintiff's motion for Summary Judgment, plaintiff appearing

23 by and through it's attorney, Michael E. Alvarado, Jr., defendant appearing personally without

   counsel, and the court having heard the arguments of the parties, having reviewed the files and

24 records herein and deeming itself fully advised in the premises makes the following:

25                        **FINDINGS OF FACT**

26     (a)     This matter was tried to the Superior Court of Washington for Kitsap County, a

27

28

FINDINGS OF FACT AND                              Michael E. Alvarado, Jr.
CONCLUSIONS OF LAW -1                             Attorney at Law
ADV. NO. 05-80160-JAR                            P.O. Box 1425
                                                 Poulsbo, WA 98370
                                                 Tel. 360-779-3266
                                                 Fax. 360- 598-3788

court of competent jurisdiction, in Cause No. 04-4-00747-9 and judgment was entered on March 2, 2005;

 (b) The parties to the Superior Court action are the same parties before the court in this cause and the issues before the court were the same issues before the court in this cause.

 (c) The Debtor/Defendant was represented by an attorney; and,

 (d) The Superior court found that the Debtor/Defendant, Mary Ann Schappals breached her fiduciary duty to Howard Armstrong and the Estate of Howard Armstrong and is indebted to the Estate of Howard C. Armstrong in the sum of $91.500.00.

**FROM THE FOREGOING FINDINGS OF FACT THE COURT MAKES THE FOLLOWING CONCLUSIONS OF LAW:**

 (a) At all times material hereto, Mary Ann Schappals was a fiduciary for Howard C. Armstrong and the estate of Howard C. Armstrong;

 (b) The trial of this matter to the Superior Court resolved all of the issues presented to this court. The trial courts Findings of Fact and Conclusions of Law are binding on this court under the doctrine of res judicata/collateral estoppel.

**ACCORDINGLY, the court will issue an Order of Summary Judgment.**

Presented by:
/s/
Michael E. Alvarado, Jr.
WSBA #6731
Attorney for Plaintiff

_John A. Rossmeissl_
Bankruptcy Judge

02/14/2007 10:53:29 AM

**FINDINGS OF FACT AND
CONCLUSIONS OF LAW -2
ADV. NO. 05-80160-JAR**

Michael E. Alvarado, Jr.
Attorney at Law
P.O. Box 1425
Poulsbo, WA 98370
Tel. 360-779-3266
Fax. 360- 598-3788